# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 5, 2017

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

154612

DEMETRIUS PEARSON, Personal
Representative of the Estate of GAYLE
PEARSON,
      Plaintiff-Appellee,

v

                                        SC: 154612
                                        COA: 327581

CITY OF RIVER ROUGE,
      Defendant-Appellant.

                                          Wayne CC: 13-014154-NO

_____/

       On order of the Court, the stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 5, 2017



d0502

                         Clerk